IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDER TOLENTINO and DENISE TOLENTINO**<br><br>Plaintiffs<br><br>v.<br><br>**STATE FARM INSURANCE COMPANY**<br><br>Defendant | **CIVIL ACTION<br>NO. 15-00031** |

# ORDER

**AND NOW**, this 12th day of May, 2015, upon consideration of the parties' Cross-motions for Summary Judgment (Doc. Nos. 10, 15) and all memoranda and exhibits submitted in support of or in opposition to those motions (Doc. Nos. 16, 17, 18), it is **ORDERED** that:

1. Defendant State Farm Insurance Company's motion (Doc. No. 10) is **GRANTED**;

2. Plaintiffs Alexander and Denise Tolentino's motion (Doc. No. 15) is **DENIED**;

3. Judgment is entered in favor of Defendant State Farm Insurance Company and against Plaintiffs Alexander and Denise Tolentino.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.